## UNITED STATES DISTRICT COURT
## DISRICT OF MASSACHUSETTS

Civil Action
No: <u>17cv10791-WGY</u>

City of Boston et al
**Plaintiff**

v.

James S. Dickey et al
**Defendant**

## <u>ORDER OF REMAND</u>

YOUNG, D.J.

In accordance with the Court's Order dated July 24, 2017 in related case 17cv10754-WGY, the above-entitled action is hereby REMANDED to the Boston Housing Court.

By the Court,

<u>/s/Matthew A. Paine</u>
Deputy Clerk

August 7, 2017